[No. 11284-5-III. Division Three. May 20, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN NORWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 90-3-00395-6, Albert J. Yencopal, J., entered December 13, 1990. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Munson, J.

[No. 29267-6-I. Division One. May 24, 1993.]

GRACE L. RALEIGH, *Appellant*, v. DIXIE NELSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-10122-3, Sally Pasette, J., entered September 17, 1991. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman and Kennedy, JJ.

[No. 29589-6-I. Division One. May 24, 1993.]

DAVID EDELSTEIN, ET AL, *Respondents*, v. SAMUEL J. LOSTUTTER, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 90-2-01292-8, Michael F. Moynihan, J., entered November 20, 1991. *Affirmed in part* and *remanded* by unpublished per curiam opinion.